IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TRAVIS LANCE EVANS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MICHAEL J. ASTRUE, | ) |
| Commissioner of Social Security, | ) |
| | ) Civil Action No. 5:11-CV-133-C |
| Defendant. | ) ECF |

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

The Court **ADOPTS** the Report and Recommendation entered by the United States Magistrate Judge on October 28, 2011.

IT IS, THEREFORE, ORDERED that the above-styled and -numbered cause is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2).

Dated October 31, 2011.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE